DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RYAN MCKENZIE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2681

[November 1, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 11-8888 CF10A.

Ryan McKenzie, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***